AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00341 |
| Kyle Andrew Campbell | ) Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign. Date : 12/7/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) , |
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) , |
| 18 U.S.C. § 1751(a)(1) | (Entering and Remaining in a Restricted Building or Grounds) , |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) , |
| 18 U.S.C. § 1752(a)(4) | (Act of Physical Violence in a Restricted Building or Grounds) , |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly or Disruptive Conduct in the Capitol Grounds or Building ) . |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence in the Capitol Grounds or Building ) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/07/2023__

_____
*Judge's signature*

City and state: ___Washington, D.C.___        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*