# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | |
| **KYLE ANDREW CAMPBELL** | : | **VIOLATIONS:** |
| **Defendants.** | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding Certain** |
| | : | **Officers)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. § 1751(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(4)** |
| | | **(Act of Physical Violence in a Restricted** |
| | | **Building or Grounds)** |
| | | **40 U.S.C. § 5104(e)(2)(D)** |
| | | **(Disorderly or Disruptive Conduct in the** |
| | | **Capitol Grounds or Building )** |
| | | **40 U.S.C. § 5104(e)(2)(F)** |
| | | **(Act of Physical Violence in the Capitol** |
| | | **Grounds or Building )** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution or intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrants are executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public

docket of the arrest warrants until they are executed.

Date:   December 7, 2023

                                                                                                _____
Robin M. Merriweather
UNITED STATES MAGISTRATE JUDGE