IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:23-mj-0341-RMM |
| | : |
| **KYLE ANDREW CAMPBELL,** | : |
|    **Defendant.** | : |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Attorney Allen H. Orenberg, counsel for the defendant, Kyle A. Campbell, to respectfully move this Honorable Court for the entry of an Order granting leave to withdraw as counsel in case no. 1:23-mj-0341-RMM.

As grounds, the following is stated by counsel:

1. Undersigned counsel was appointed (CJA) on December 18, 2023.

2. Recently, counsel discovered that he has an apparent professional conflict in representing Mr. Campbell.

3. Counsel has discussed this apparent professional conflict with Mr. Campbell. It is counsel's understanding Mr. Campbell has no objection to the Court granting this Motion.

4. Counsel has discussed this apparent professional conflict with AUSA Kyle M. McWaters. It is counsel's understanding the government has no objection to the Court granting this Motion.

5. No trial date has been scheduled in this matter. The next status hearing is scheduled for May 7, 2024 (1:00 p.m.) before U.S. Magistrate Judge

1

Robin M. Meriweather. [ECF 16]

6. Counsel submits that granting this motion will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

7. Defendant Kyle A. Andrew is requesting appointment of successor counsel from the Criminal Justice Act Panel.

8. On April 11, 2024, a copy of this instant Motion has been sent by e-mail to defendant Kyle A, Campbell, along with a letter advising him that if he wants to respond to this Motion For Leave To Withdraw As Counsel, he should promptly file his written response with the Clerk of Court. (U.S. District Court, 300 Constitution Avenue, N.W., Washington, D.C. 20001)

WHEREFORE, foregoing reasons, and for such other reasons that may appear just and proper, undersigned counsel respectfully requests moves this Honorable Court for the entry of an Order granting leave to withdraw as counsel for the defendant, Kyle A. Campbell, in case no. 1:23-mj-0341-RMM.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2024, I served by CM/ECF a copy of the foregoing Motion for Leave to Withdraw as Counsel, and a proposed Order, to case registered parties, and a copy of same by e-mail to defendant Kyle A. Campbell.

_____
Allen H. Orenberg